Matthew R. Wilson (SBN 290473)
Michael J. Boyle, Jr. (SBN 258560)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAURICO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 5:24-MC-80059<br><br>**DECLARATION OF MATTHEW R. WILSON IN SUPPORT OF MOTION TO COMPEL** |

I, Matthew R. Wilson, declare as follows:

1. I am an attorney at the law firm of Meyer Wilson Co, LPA., which is co-counsel of Plaintiffs in the underlying action *Martinez et al. v. D2C, LLC d/b/a/ Univision NOW*, No. 1:23-cv-21394 (S.D. Fla.) (the "Underlying Action"). I submit this declaration in support of the Motion to Compel Meta Platforms, Inc.'s Compliance with the Subpoena

2. Attached as Exhibit A hereto is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action directed to Meta Platforms Inc., dated December 8, 2023, and served on Meta in the Underlying Action on December 14, 2023.

3. Attached as Exhibit B hereto is a true and correct copy of Meta's Objections and Responses to the Subpoena, dated December 28, 2023.

4. Attached as Exhibit C hereto is a true and correct copy of an email chain summarizing the meet-and-confer efforts of Plaintiffs and Meta relating to the Subpoena.

5. Attached as Exhibit D hereto is a true and correct copy of an Order dated January 26, 2024, in the case *Stark v. Meta Platforms, Inc.*, Case No. 23-mc-80326-JCS (N.D. Cal.).

I swear under penalty of perjury that the foregoing is true and correct. Executed at Columbus, Ohio.

Dated: March 12, 2024

Respectfully submitted,

By: */s/ Matthew R. Wilson*

Matthew R. Wilson (SBN 290473)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com

*Attorneys for Plaintiffs and the Proposed Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

-1-