Matthew R. Wilson (SBN 290473)
Michael J. Boyle, Jr. (SBN 258560)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

*Attorneys for Plaintiffs and the Proposed Class*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAURICO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent. | CASE NO. 3:24-MC-80059-LB<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7-7 Plaintiffs Mauricio Martinez, Guadalupe Rodriguez, and Francisco Giron (together, "Plaintiffs") hereby withdraw the currently pending Motion to Compel Compliance with the Subpoena (ECF No.1) without prejudice. Accordingly, Plaintiffs request that the Court take off-calendar the hearing on Plaintiffs' motion to compel currently set for April 25, 2024 at 9:30 a.m. via Zoom videoconference.

Plaintiffs' withdrawal is made pursuant to the Stipulation Regarding Motion to Compel Compliance with the Subpoena set forth below.

| | | |
|---|---|---|
| Dated: April 11, 2024 | | Respectfully submitted, |
| | | By: */s/ Michael J. Boyle, Jr.* |
| | | Michael J. Boyle, Jr. (SBN 258560)<br>Matthew R. Wilson (SBN 290473)<br>MEYER WILSON CO., LPA<br>305 W. Nationwide Blvd.<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br>mwilson@meyerwilson.com<br>mboyle@meyerwilson.com |
| | | *Attorneys for Plaintiffs and the Proposed Class* |

## STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA

WHEREAS, on March 12, 2024, Plaintiffs moved to enforce their subpoena of Meta Platforms, Inc. f/k/a Facebook ("Meta" or "Facebook"), issued in connection with the action *Martinez et al. v. D2C, LLC*, No. 1:23-cv-21394 (S.D.Fla.) (Docket No. 1);

WHEREAS, on March 17, 2024, the Court issued an order (ECF No. 4) tentatively setting a hearing on Plaintiffs' motion for April 25, 2024 at 9:30 a.m.;

WHEREAS, subsequent to the filing of the motion, the Parties have met and conferred regarding the subpoena;

WHEREAS, as a result of this meet-and-confer process, the Parties have reached an agreement on that will resolve the issues raised in Plaintiffs' Motion to Compel;

WHEREAS, in light of the Parties' agreement, Plaintiffs wish to withdraw the current Motion to Compel, without prejudice to refile the Motion if necessary following a ruling on Plaintiffs' Motion for Class Certification;

WHEREAS, given the Parties' agreement, the Plaintiffs have agreed to withdraw the currently pending Motion to Compel Compliance with the Subpoena;

WHEREAS, Plaintiffs' Motion for Class Certification in the underlying litigation will be fully briefed by May 7, 2024;

WHEREAS, the Plaintiffs believe that it will be in a position to update the Court regarding the status of the subpoena within six months;

NOW, THEREFORE, pursuant to Local Civil Rules 7-7 and 7-12, subject to the approval of the Court, Plaintiffs and Meta, by and through their respective counsel, hereby stipulate and agree that Plaintiffs will and hereby does withdraw their Motion to Compel Compliance with the Subpoena (ECF No. 1) without prejudice and requests that the Court take off-calendar the hearing on Plaintiff's motion to compel currently set for April 25, 2024 at 9:30 a.m..

Accordingly, the Parties respectfully request that the Court issue an order taking off calendar Plaintiffs' Motion to Compel Compliance with the Subpoena without prejudice.

**IT IS SO STIPULATED.**

Dated: April 11, 2024                    Respectfully submitted,

By: */s/ Michael J. Boyle, Jr.*

Michael J. Boyle, Jr. (SBN 258560)
Matthew R. Wilson (SBN 290473)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: April 11, 2024                    By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
Facsimile: (628) 267-6859
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Meta Platforms, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence with the filing of this documents has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

DATED this 11th day of April, 2024.

By: */s/ Michael J. Boyle, Jr.*
Michael J. Boyle, Jr. (SBN 258560)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH  43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mboyle@meyerwilson.com

STIPULATION RE: WITHDRAWAL OF MOTION TO COMPEL

-3-

**CERTIFICATE OF SERVICE**

I, Michael J. Boyle, Jr., hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. In addition, I served a copy of this motion on counsel for Meta Platforms, Inc. via email.

DATED this 11th day of April, 2024.

By: */s/ Michael J. Boyle, Jr.*
Michael J. Boyle, Jr. (SBN 258560)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
mboyle@meyerwilson.com