THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICO MARTINEZ, GUADALUPE RODRIGUEZ, and FRANCISCO GIRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Respondent. | CASE NO. 3:24-MC-80059-LB<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA |

Having considered the Parties' Stipulation, and good cause appearing therefore, the Court hereby ORDERS:

1. Plaintiffs' Motion to Compel Compliance with the Subpoena is withdrawn without prejudice; and

2. The hearing set for April 25, 2024 at 9:30 a.m. is taken-off calendar.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 15, 2024

_____
The Honorable Laurel Beeler
United States Magistrate Judge